# United States Bankruptcy Court
## Western District of New York

In re **Stradtman Park**  
    Debtor(s)

Case No. **1-22-1006-CLB**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1) - AMENDED

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Stradtman Park** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bernard Dipizio Family Trust LLP**  
**100 Stradtman Street**  
**Buffalo, NY 14206**

☐ None [*Check if applicable*]

**February 10, 2022**  
Date

/s/ JAMES D. TRESMOND  
**JAMES D. TRESMOND 2900926**  
Signature of Attorney or Litigant  
Counsel for **Stradtman Park**  
**TRESMOND & TRESMOND LLP**  
**424 MAIN STREET**  
**SUITE 1908**  
**Buffalo, NY 14202**  
**716-858-3115 Fax:716-858-3116**  
**law@tresmondlaw.com**